IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02167-PAB-NRN

JEFFREY INEN,

Plaintiff,

v.

UNIVERSITY OF COLORADO,
UNIVERSITY OF COLORADO DENVER BIOENGINEERING,
UNIVERSITY OF COLORADO ANSCHUTZ MEDICAL CAMPUS, and
ANSCHUTZ MEDICAL CAMPUS COUNSEL,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Second Joint Motion to Continue Scheduling Conference (Dkt. #37) is GRANTED. The Scheduling Conference set for April 26, 2023 at 11:30 a.m. is VACATED and RESET to May 16, 2023 at 11:30 a.m. The proposed Scheduling Order is due on or before May 9, 2023.

Five minutes prior to the start of the hearing, the parties shall call the conference line (888) 398-2342, Access Code 5755390# to participate.

Date: April 25, 2023

---