**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02167-PAB-NRN

JEFFREY INEN,

Plaintiff,

v.

UNIVERSITY OF COLORADO, et al.

Defendants.

---

**NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jeffrey Inen and Defendants University of Colorado *et al.,* by and through their respective counsel, hereby give notice of the voluntary dismissal of the above-captioned litigation without prejudice, each party to be responsible for his or its respective legal fees and costs.

Respectfully submitted this 9th day of May 2023,

MILLER & LAW, PC

***/s/ David J. Meretta***
David J. Meretta, Colo. Bar. #44409
1900 W. Littleton Blvd.
Littleton, CO 80120
(303) 722-6500
(303) 722-9270 fax
djm@millerandlaw.com

Counsel for Plaintiff

OFFICE OF UNIVERSITY COUNSEL

***/s/ Hermine Kallman***
Hermine Kallman, Esq.
Sr. Assistant Counsel
Office of University Counsel
1800 Grant St., Suite 700
Denver, CO 80203
(303) 860-5713
Hermine.kallman@cu.edu

Counsel for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Stipulation was served by CM/ECF on this 9th day of May 2023, which will send notice to the Defendant of record and its counsel as registered thereon:

Hermine Kallman, Esq.
Sr. Assistant Counsel
Office of University Counsel
1800 Grant St., Suite 700
Denver, CO 80203

*s/ David J. Meretta*
David J. Meretta, Miller & Law, PC